Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

(Additional Counsel for Plaintiffs on the following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, et al.,<br><br>Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI<br><br>STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |   |
|---|---|---|
| 1 |  | Sanford Jay Rosen |
|   |  | Maria V. Morris |
|   |  | Lori E. Rifkin |
| 2 |  | 315 Montgomery Street, Tenth Floor |
|   |  | San Francisco, CA 94104 |
| 3 |  | (415) 433-6830 |

New Counsel:   Burnham Brown
Robert M. Bodzin
P.O. Box 119
Oakland, California 94604-0119
(510) 444-6800

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
|   | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
|   | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
|   | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
|   | Facsimile:  (585) 272-0574 |
| 6 | |
|   | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
|   | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
|   | Telephone:  (412) 281-4256 |
| 9 | Facsimile:   (412) 642-2380 |

10/23/2008 14:06 FAX 415 433 7104  ROSEN BIEN GALVAN  ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN  +510 835 6666  T-016  P.005/006  F-164

Case 3:08-cv-01190-SI    Document 104    Filed 10/24/2008    Page 4 of 4

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION |
| 2 | IT IS SO ORDERED |
| 3 | DATED: October ___, 2008 |

_/s/ Susan Illston_
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

```
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

STIP OF SUBSTITUTION OF COUNSEL FOR     3     Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL