BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., <br><br> Defendant. | Case No. CV 08-1184-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1   AND NOW this ____day of May, 2010, upon consideration of Plaintiffs' Request for Case
2   Management Conference, it is hereby ORDERED that this case is set for a Case Management
3   Conference on __6/4/10_____ at 3:00 p.m.
4
5   Dated: _____          _____/s/ Susan Illston_____
6                                            Honorable Susan Illston
7                                            United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE          Case No. CV 08-1184 SI