BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　　Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　1.　　The date for the further Case Management Conference, previously set for October 1, 2010 is continued to **December 16, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  Dated: _____       _____
3                                  Honorable Susan Illston
4                                  United States District Court

28  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI