1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, et al., on behalf of        )   CASE NO.  3:08-CV-01184 SI
   themselves and all other employees and former )
12 employees similarly situated,             )
                                             )
13                                           )   **[PROPOSED] ORDER PERMITTING
                    Plaintiffs,              )   TELEPHONIC APPEARANCES AT
14        vs.                                )   CASE MANAGEMENT CONFERENCE**
                                             )
15 ALDERWOODS GROUP, INC.,                   )
                                             )
16                  Defendant.                )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19 _____)

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 as follows:

22      1.   Plaintiffs and Defendant shall attend the Case Management Conference set for

23 **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28
   **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE**                                                      1

   Case No.: 3:08-CV-01184 SI

**IT IS SO ORDERED:**

2/11/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ Sarah Cressman
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    Sarah Cressman (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    David M. Daniels
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant

[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE     2

Case No.: 3:08-CV-01184 SI